**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>Derek Craig Gibbs, Jr<br><br>PENTAGON FEDERAL CREDIT UNION,<br><br>    Movant<br><br>vs.<br><br>Derek Craig Gibbs, Jr ,<br>    Debtor | Case No. 23-11013-amc<br>Chapter 13 |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

NAME:　　　　　　　　　　PENTAGON FEDERAL CREDIT UNION

OLD PAYMENT ADDRESS:　　Po Box 679260
　　　　　　　　　　　　　Dallas, Tx 75267-9260

NEW PAYMENT ADDRESS:　　PO Box 650001
　　　　　　　　　　　　　Dallas, TX 75265-0001

Dated: December 23, 2024

　　　　　　　　　　　　　　　　　　/s/Ryan Starks
　　　　　　　　　　　　　　　　　　Andrew Spivack, PA Bar No. 84439
　　　　　　　　　　　　　　　　　　Matthew Fissel, PA Bar No. 314567
　　　　　　　　　　　　　　　　　　Mario Hanyon, PA Bar No. 203993
　　　　　　　　　　　　　　　　　　Ryan Starks, PA Bar No. 330002
　　　　　　　　　　　　　　　　　　Jay Jones, PA Bar No. 86657
　　　　　　　　　　　　　　　　　　Attorney for Creditor
　　　　　　　　　　　　　　　　　　BROCK & SCOTT, PLLC
　　　　　　　　　　　　　　　　　　3825 Forrestgate Drive
　　　　　　　　　　　　　　　　　　Winston Salem, NC 27103
　　　　　　　　　　　　　　　　　　Telephone: (844) 856-6646
　　　　　　　　　　　　　　　　　　Facsimile: (704) 369-0760
　　　　　　　　　　　　　　　　　　E-Mail: PABKR@brockandscott.com

24-37547 BKSUP01

L.B.F. 9014-4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>Derek Craig Gibbs, Jr<br><br>PENTAGON FEDERAL CREDIT UNION,<br><br>    Movant<br><br>vs.<br><br>Derek Craig Gibbs, Jr ,<br>    Debtor | Case No. 23-11013-amc<br>Chapter 13 |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, certify that on December 23, 2024, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Creditor's Change of Address

    I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: December 23, 2024

/s/Ryan Starks
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760

24-37547 BKSUP01

E-Mail: PABKR@brockandscott.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Michael A. Cibik, Debtor's Attorney
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
Debtor's Attorney
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Kenneth E West,
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107
US Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Derek Craig Gibbs, Jr
1209 Highland Ave
Chester, PA 19013
Debtor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

24-37547 BKSUP01