# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania

In re: Derek Craig Gibbs, Jr.                                      Case No. 23-11013-amc

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT, PENTAGON FEDERAL CREDIT UNION ("Secured Creditor") requests the Court update its mailing matrix and Claims Register to reflect the appropriate notice and payment addresses listed below.

<u>PENTAGON FEDERAL CREDIT UNION</u>                     Court Claim # (if known) 7-1
Name of Secured Creditor

Old Address of Secured Creditor:
Pentagon Federal Credit Union
P.O. Box 679260
Dallas, TX 75267-9260

New Name and/or Address where NOTICES to Secured Creditor
should be sent:
Pentagon Federal Credit Union
6191 N SH 161 service rd.
Irving, TX 75038

Phone: <u>1-800-585-9055</u>

Name and/or Address where PAYMENTS to Secured Creditor
should be sent (if different from above):
PO Box 650001
Dallas, TX 75265-0001

Phone: <u>1-800-585-9055</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Robert Shearer                              Date:  January 14, 2025
     Agent for Secured Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on <u>January 14, 2025</u>, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Derek Craig Gibbs, Jr
1209 Highland Ave
Chester, PA 19013-1905

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Authorized Agent for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/ Robert Shearer