## EXHIBIT A

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| | 17-18561-pmm | Karen E. Alexander | 13 | 12/22/2017 | N / A | N / A |
| | 18-14481-djb | Michael P. Morgan | 13 | 7/5/2018 | N / A | N / A |
| | 19-11022-djb | Kenneth Barry Jones, Sr. | 13 | 2/19/2019 | N / A | N / A |
| | 19-14254-pmm | David A. Eckroth and Rosa A. Eckroth | 13 | 7/3/2019 | N / A | N / A |
| | 19-14456-pmm | Diane L Pletz | 13 | 7/15/2019 | N / A | N / A |
| | 19-14514-djb | Cynthia E Jones-Garey | 13 | 7/17/2019 | N / A | N / A |
| | 19-15478-amc | Victor W. Bennett and Wanda M. Bennett | 13 | 9/3/2019 | N / A | N / A |
| | 19-15752-amc | Christian C. Denofa | 13 | 9/15/2019 | N / A | N / A |
| | 19-16300-pmm | James R. Painter and Dianne M. Painter | 13 | 10/7/2019 | N / A | N / A |
| | 19-17829-pmm | Stanley J. Lorkowski,, Jr. | 13 | 12/17/2019 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 19-17923-pmm | Greta M. Jones | 13 | 12/20/2019 | N / A | N / A |
| 19-18029-djb | Trude A. Lerner | 13 | 12/30/2019 | N / A | N / A |
| 20-10013-pmm | Michael J. Clark | 13 | 1/2/2020 | N / A | N / A |
| 20-10290-amc | Luz B. Castro | 13 | 1/15/2020 | N / A | N / A |
| 20-11102-amc | Lorenzo D. White and Roberta M. White | 13 | 2/22/2020 | N / A | N / A |
| 20-11352-amc | Christopher Dahme and Martine Dahme | 13 | 3/2/2020 | N / A | N / A |
| 20-11449-pmm | Michael Christopher Handelong and Jessica Marie Handelong | 13 | 3/6/2020 | N / A | N / A |
| 20-11450-pmm | Victor Fernando Calder, Jr. and Kimberly Ann Calder | 13 | 3/6/2020 | N / A | N / A |
| 20-11491-pmm | Johanna Bofill | 13 | 3/10/2020 | N / A | N / A |
| 20-11520-amc | Tia Y Brown | 13 | 3/11/2020 | N / A | N / A |
| 20-11563-amc | Lance P. Marshall | 13 | 3/12/2020 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 20-12292-pmm | Brenda Esther Torrez | 13 | 5/13/2020 | N / A | N / A |
| 20-14200-djb | Anthony M. Daniele and Lisa L. Daniele | 13 | 10/22/2020 | N / A | N / A |
| 20-14611-djb | Shantel A. Lomax | 13 | 12/1/2020 | N / A | N / A |
| 21-10160-pmm | Alkeyrou Issoufou | 13 | 1/22/2021 | N / A | N / A |
| 21-10218-amc | Aleisha Riles | 13 | 1/28/2021 | N / A | N / A |
| 21-10325-pmm | Paula Grace Connor | 13 | 2/9/2021 | N / A | N / A |
| 21-10514-amc | Jorge A. Monroy Garcia and Clara P. Gomez | 13 | 2/28/2021 | N / A | N / A |
| 21-10744-djb | Luis E. Cruz | 13 | 3/24/2021 | N / A | N / A |
| 21-10794-amc | Luis A. Sanchez | 13 | 3/29/2021 | N / A | N / A |
| 21-10919-djb | Lisa D Walker | 13 | 4/6/2021 | N / A | N / A |
| 21-11178-djb | Victor M Sosa | 13 | 4/28/2021 | N / A | N / A |
| 21-11264-djb | Michael Johnson | 13 | 4/30/2021 | N / A | N / A |
| 21-11432-pmm | Robert Bench | 13 | 5/20/2021 | N / A | N / A |
| 21-11681-djb | Denise Bentley | 13 | 6/14/2021 | N / A | N / A |
| 21-11892-pmm | Jason N. Grim and Blanca M Grim | 13 | 7/6/2021 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 21-11975-djb | Darien M. Shuler | 13 | 7/15/2021 | N / A | N / A |
| 21-11979-pmm | Patrick T. Dunlap and Tamara J. Dunlap | 13 | 7/16/2021 | N / A | N / A |
| 21-12467-pmm | Pedro E. Decasablanca-Jimenez | 13 | 9/9/2021 | N / A | N / A |
| 21-12854-pmm | Christopher John Dambra | 13 | 10/20/2021 | N / A | N / A |
| 21-12996-amc | Basim Walker | 13 | 11/4/2021 | N / A | N / A |
| 21-13200-pmm | George Adam Davis and Suzanne Davis | 13 | 12/1/2021 | N / A | N / A |
| 21-13322-amc | Sean P. Bray | 13 | 12/17/2021 | N / A | N / A |
| 21-13442-pmm | Lindsay R. Greiss | 13 | 12/31/2021 | N / A | N / A |
| 22-10272-djb | Wanda Edwards | 13 | 2/7/2022 | N / A | N / A |
| 22-10338-djb | Nakiya Wright | 13 | 2/11/2022 | N / A | N / A |
| 22-10597-pmm | Hilary Ann McCleaf | 13 | 3/10/2022 | N / A | N / A |
| 22-10971-djb | Kevin E. Trusty | 13 | 4/14/2022 | N / A | N / A |
| 22-11026-pmm | Harold F Klump and Sherry L Klump | 13 | 4/21/2022 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 22-11488-djb | Kimberly A. Tarasiewicz | 13 | 6/8/2022 | N / A | N / A |
| 22-11556-djb | Patrick Lee Olson | 7 | 6/15/2022 | N / A | N / A |
| 22-11641-pmm | Timothy Allen Bender and Jennifer Nicole Bender | 13 | 6/23/2022 | N / A | N / A |
| 22-11809-djb | Beverly Haley | 13 | 7/11/2022 | N / A | N / A |
| 22-11870-pmm | Tabyus M. Walker | 13 | 7/18/2022 | N / A | N / A |
| 22-11992-pmm | Eric W. Johanson and Andrea M. Johanson | 13 | 7/29/2022 | N / A | N / A |
| 22-12044-pmm | Mitchell E. Kriebel | 13 | 8/4/2022 | N / A | N / A |
| 22-12068-pmm | Alicia J Benecke | 13 | 8/8/2022 | N / A | N / A |
| 22-12077-djb | Tamara Ali Bey | 13 | 8/9/2022 | N / A | N / A |
| 22-12342-pmm | Jared R. Facciola and Melodie R. Facciola | 13 | 9/6/2022 | N / A | N / A |
| 22-12437-amc | Shawn Lewis Holloway | 13 | 9/13/2022 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 22-12603-pmm | Thomas L. Franco | 13 | 9/29/2022 | N / A | N / A |
| 22-12633-djb | Dana A Hanby and Jason A Hanby | 13 | 9/30/2022 | N / A | N / A |
| 22-12661-amc | Abraham A. Swaray, Sr. | 13 | 10/3/2022 | N / A | N / A |
| 22-12724-amc | David William Pagano and Donna Louise Pagano | 13 | 10/11/2022 | N / A | N / A |
| 22-12772-djb | Johnny P. Brown and Lisa M. Brown | 13 | 10/17/2022 | N / A | N / A |
| 22-12782-djb | DeonDrae N. Rankins | 13 | 10/18/2022 | N / A | N / A |
| 22-12785-djb | Mary A. Greco | 13 | 10/18/2022 | N / A | N / A |
| 22-12872-amc | Andrew John Sterner | 13 | 10/26/2022 | N / A | N / A |
| 22-13065-pmm | Dennis Quartapella and Karen Quartapella | 13 | 11/15/2022 | N / A | N / A |
| 22-13181-djb | Felix Charles | 13 | 11/29/2022 | N / A | N / A |
| 23-10084-amc | John Thomas Moore, Jr | 13 | 1/12/2023 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 23-10164-djb | Hoy Lim | 13 | 1/19/2023 | N / A | N / A |
| 23-10327-amc | Nina E. Miles Lane | 13 | 2/3/2023 | N / A | N / A |
| 23-10368-pmm | Matthew B. Keller | 13 | 2/8/2023 | N / A | N / A |
| 23-10387-pmm | Scott Daniel Weller, Sr. | 13 | 2/9/2023 | N / A | N / A |
| 23-10450-pmm | Brian Garrett and Marie Garrett | 13 | 2/16/2023 | N / A | N / A |
| 23-10493-pmm | Antoni Hatzivasilis | 13 | 2/20/2023 | N / A | N / A |
| 23-10526-pmm | Diane S Horvath | 13 | 2/23/2023 | N / A | N / A |
| 23-10655-djb | Bashisha Sherrod | 13 | 3/6/2023 | N / A | N / A |
| 23-10845-pmm | Jovel B. Sabigan and Heather M. Sabigan | 13 | 3/24/2023 | N / A | N / A |
| 23-10855-djb | Christopher D. Humphries and Sheila Humphries | 13 | 3/26/2023 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 23-10936-amc | Kevin Mark Towles and Latifah Amina Lamb-Towles | 13 | 3/31/2023 | N / A | N / A |
| 23-11013-djb | Derek Craig Gibbs, Jr | 13 | 4/6/2023 | N / A | N / A |
| 23-11171-djb | Flemuel Brown, III | 13 | 4/24/2023 | N / A | N / A |
| 23-11247-pmm | Eddie J. Ortiz Sanchez | 13 | 4/28/2023 | N / A | N / A |
| 23-11314-amc | Angella R. Edwards Grant | 13 | 5/4/2023 | N / A | N / A |
| 23-11367-pmm | Patricia Ann Flannery | 13 | 5/10/2023 | N / A | N / A |
| 23-11395-amc | Crystal A. Faison-Sewell | 13 | 5/12/2023 | N / A | N / A |
| 23-11485-djb | Shawn Nichols and Melisa J. Nichols | 13 | 5/19/2023 | N / A | N / A |
| 23-11669-djb | Alfredo Macosso Malamana and Rosa M Malamana | 13 | 6/6/2023 | N / A | N / A |
| 23-11672-pmm | Ryan Clark Bartholomew | 13 | 6/7/2023 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 23-11695-amc | Douglas H. Mathis, Jr. | 13 | 6/8/2023 | N / A | N / A |
| 23-11726-amc | Sonja D. Ogden | 13 | 6/12/2023 | N / A | N / A |
| 23-11955-djb | Oleg Rudman and Roza Kalish | 13 | 6/30/2023 | N / A | N / A |
| 23-11998-pmm | Kenneth Robert Derr | 13 | 7/6/2023 | N / A | N / A |
| 23-12024-djb | Mickey Charles McLaughlin | 13 | 7/8/2023 | N / A | N / A |
| 23-12105-pmm | Donald Watson | 13 | 7/17/2023 | N / A | N / A |
| 23-12116-djb | Michael Laine and Tracie Laine | 13 | 7/18/2023 | N / A | N / A |
| 23-12136-pmm | Michelle L. Evangelista | 13 | 7/19/2023 | N / A | N / A |
| 23-12154-djb | Glenna F Cupid | 13 | 7/20/2023 | N / A | N / A |
| 23-12196-djb | Nadine Benjamin | 13 | 7/25/2023 | N / A | N / A |
| 23-12202-pmm | Michael Patrick Creedon and Regina Anne Creedon | 13 | 7/25/2023 | N / A | N / A |
| 23-12219-pmm | Jennifer McCarrie | 13 | 7/26/2023 | N / A | N / A |
| 23-12230-pmm | Nicasia Vasquez | 13 | 7/27/2023 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 23-12241-amc | Kathleen A Roode | 13 | 7/27/2023 | N / A | N / A |
| 23-12249-amc | Samantha K Naranjo | 13 | 7/28/2023 | N / A | N / A |
| 23-12268-amc | Joseph A Conroy | 13 | 7/28/2023 | N / A | N / A |
| 23-12325-pmm | Michael Stephen Scarpa | 13 | 8/2/2023 | N / A | N / A |
| 23-12457-amc | Nicole A. Cassidy | 13 | 8/18/2023 | N / A | N / A |
| 23-12557-amc | Troy Wilson | 13 | 8/28/2023 | N / A | N / A |
| 23-12677-pmm | Jeanne L. Hobbs | 13 | 9/7/2023 | N / A | N / A |
| 23-12694-amc | Darryl J Thomas, Sr. and Kesia M Thomas | 13 | 9/8/2023 | N / A | N / A |
| 23-12784-pmm | Ross M. Moore | 13 | 9/15/2023 | N / A | N / A |
| 23-12879-djb | Kimberlee A Zamora | 13 | 9/22/2023 | N / A | N / A |
| 23-12900-pmm | Hanni T. Nimeh | 13 | 9/26/2023 | N / A | N / A |
| 23-12963-amc | Janet C Vento-Chambers and Warren Chambers | 13 | 9/29/2023 | N / A | N / A |
| 23-13018-pmm | Mark Edward Mohn | 13 | 10/5/2023 | N / A | N / A |
| 23-13090-pmm | Michael C. Wyszynski | 13 | 10/16/2023 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 23-13259-pmm | Rommel Sierra | 13 | 10/29/2023 | N / A | N / A |
| 23-13301-pmm | Kevin M. Kutchner | 13 | 10/31/2023 | N / A | N / A |
| 23-13310-pmm | John Edward Gary and Angela Crystal Gary | 13 | 11/1/2023 | N / A | N / A |
| 23-13378-pmm | Andrew Lincoln Foss and Linda Anne Hauze-Foss | 13 | 11/8/2023 | N / A | N / A |
| 23-13403-amc | Sally Lopez | 13 | 11/8/2023 | N / A | N / A |
| 23-13420-djb | Hewayda E Saltan | 13 | 11/10/2023 | N / A | N / A |
| 23-13467-pmm | Dolores DeCarlo | 13 | 11/15/2023 | N / A | N / A |
| 23-13663-pmm | George L. Malave, Sr. | 13 | 12/1/2023 | N / A | N / A |
| 23-13698-pmm | Joseph A. Biondino | 13 | 12/6/2023 | N / A | N / A |
| 23-13703-pmm | Brian K. Leese | 13 | 12/7/2023 | N / A | N / A |
| 23-13718-pmm | Michael Seldow | 13 | 12/7/2023 | N / A | N / A |
| 23-13747-pmm | Rick J Davila, Jr. | 13 | 12/11/2023 | N / A | N / A |
| 23-13811-pmm | Paul J. Bryan and Brenda L Bryan | 13 | 12/18/2023 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 23-13821-pmm | Jason P. Vasilakos | 13 | 12/19/2023 | N / A | N / A |
| 23-13878-pmm | Kervince Markenzy Michel | 13 | 12/22/2023 | N / A | N / A |
| 23-13886-djb | Mayra Forrest | 13 | 12/26/2023 | N / A | N / A |
| 24-10032-amc | Ashley Austin | 13 | 1/5/2024 | N / A | N / A |
| 24-10092-pmm | Billy Joe Caban and Jessica Christine Eaton | 13 | 1/12/2024 | N / A | N / A |
| 24-10158-amc | Caron L. Wirth | 13 | 1/17/2024 | N / A | N / A |
| 24-10170-pmm | Carmen M Romero-Burgos | 13 | 1/18/2024 | N / A | N / A |
| 24-10207-amc | Sean Andre Langston | 13 | 1/23/2024 | N / A | N / A |
| 24-10317-amc | Nathaniel L. Shaw, Jr. | 13 | 1/31/2024 | N / A | N / A |
| 24-10354-amc | Jennifer L. Shinn Madden | 13 | 2/2/2024 | N / A | N / A |
| 24-10373-djb | Raymond K. Myer | 13 | 2/5/2024 | N / A | N / A |
| 24-10388-amc | Ajanay C Hines | 13 | 2/6/2024 | N / A | N / A |
| 24-10469-pmm | Jason L Martin and Amber L Martin | 13 | 2/12/2024 | N / A | N / A |
| 24-10548-pmm | Jiawonia L Wright | 13 | 2/20/2024 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 24-10562-pmm | Christopher Alan Miller | 13 | 2/21/2024 | N / A | N / A |
| 24-10573-pmm | Autumn Stewart | 13 | 2/22/2024 | N / A | N / A |
| 24-10611-amc | Latrice Hambright | 13 | 2/26/2024 | N / A | N / A |
| 24-10635-djb | Donald King | 13 | 2/27/2024 | N / A | N / A |
| 24-10653-pmm | Jill S Glose and Kenneth D Glose | 13 | 2/28/2024 | N / A | N / A |
| 24-10687-djb | Kelete K Lewis | 13 | 2/29/2024 | N / A | N / A |
| 24-10763-pmm | Eslam Gamal | 13 | 3/6/2024 | N / A | N / A |
| 24-10772-pmm | Cynthia M. Farrior | 13 | 3/6/2024 | N / A | N / A |
| 24-10915-amc | Judith Lynne Hunter | 13 | 3/19/2024 | N / A | N / A |
| 24-10924-amc | Kathleen Marie Anderson | 13 | 3/20/2024 | N / A | N / A |
| 24-11021-amc | Christopher J Binder, Jr. | 13 | 3/26/2024 | N / A | N / A |
| 24-11030-pmm | Kim Marie Smalley | 13 | 3/27/2024 | N / A | N / A |
| 24-11080-amc | Jameselda Bernice Tinsley | 13 | 3/29/2024 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 24-11103-pmm | Kenneth S. Mertz, III and Wendy Sue Mertz | 13 | 4/1/2024 | N / A | N / A |
| 24-11122-amc | Constantinos Nikolos and Sophie Nikolos | 13 | 4/2/2024 | N / A | N / A |
| 24-11226-djb | Angela S. Fanelli | 13 | 4/11/2024 | N / A | N / A |
| 24-11283-amc | Randi Kim Feldman | 13 | 4/16/2024 | N / A | N / A |
| 24-11286-amc | Vincent John Lyons | 13 | 4/16/2024 | N / A | N / A |
| 24-11288-djb | Rhea Bates | 13 | 4/16/2024 | N / A | N / A |
| 24-11299-pmm | Andrew Scott Rosenberger | 13 | 4/17/2024 | N / A | N / A |
| 24-11342-djb | Vance Cooper | 13 | 4/19/2024 | N / A | N / A |
| 24-11497-pmm | Eugene Peppe and Mary Peppe | 13 | 5/2/2024 | N / A | N / A |
| 24-11519-pmm | Trina T. Hargraves | 13 | 5/5/2024 | N / A | N / A |
| 24-11532-amc | Joan Brown | 13 | 5/6/2024 | N / A | N / A |
| 24-11584-djb | Widza C. Bryant | 13 | 5/9/2024 | N / A | N / A |
| 24-11647-pmm | Anthony A Spencer | 13 | 5/15/2024 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 24-11660-djb | Curtis D. Jones, Antoi and Antoinette M. Jones | 13 | 5/15/2024 | N / A | N / A |
| 24-11670-djb | Kevin Renfroe | 13 | 5/16/2024 | N / A | N / A |
| 24-11701-amc | Linda Mary Crownover and Michael Karl Trobich | 13 | 5/17/2024 | N / A | N / A |
| 24-11715-pmm | Caroline Wanjiku Matu | 13 | 5/20/2024 | N / A | N / A |
| 24-11768-amc | Theresa A Pisani | 13 | 5/23/2024 | N / A | N / A |
| 24-11770-djb | Mouhammed K Jabbie | 13 | 5/24/2024 | N / A | N / A |
| 24-11785-pmm | Rosendo Diaz and Susan Tucci | 13 | 5/27/2024 | N / A | N / A |
| 24-11894-amc | Gerle J. Jimenez Mireles and Germania M. Mejia | 13 | 5/31/2024 | N / A | N / A |
| 24-11909-pmm | Shahzada N. Butt | 13 | 6/4/2024 | N / A | N / A |
| 24-11955-pmm | Randy Ramon Ovalles | 13 | 6/6/2024 | N / A | N / A |
| 24-11965-amc | Gary W. Coggin | 13 | 6/7/2024 | N / A | N / A |
| 24-12027-pmm | Michael R. Welsh | 13 | 6/13/2024 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 24-12041-amc | Tracie L Ullman | 13 | 6/14/2024 | N / A | N / A |
| 24-12114-djb | James Buckman and Kathryn Sorrento | 13 | 6/20/2024 | N / A | N / A |
| 24-12137-amc | Naomie Edouard | 13 | 6/21/2024 | N / A | N / A |
| 24-12145-pmm | Chad Thomas Sebastian and Tammy Lee Sebastian | 13 | 6/22/2024 | N / A | N / A |
| 24-12154-pmm | Julio C Fernandez | 13 | 6/24/2024 | N / A | N / A |
| 24-12174-pmm | Claude D. Keefer and Karen E. Keefer | 13 | 6/25/2024 | N / A | N / A |
| 24-12181-amc | Michael A. Tancredi | 13 | 6/25/2024 | N / A | N / A |
| 24-12193-pmm | Jeffrey T Kelley | 13 | 6/26/2024 | N / A | N / A |
| 24-12243-amc | Jeanette M Lorenzo | 13 | 6/28/2024 | N / A | N / A |
| 24-12251-amc | Steven J Rivel and Patricia T Rivel | 13 | 6/28/2024 | N / A | N / A |
| 24-12269-amc | Noelia Olivares | 13 | 7/1/2024 | N / A | N / A |
| 24-12367-amc | Thomas R Krug | 13 | 7/10/2024 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 24-12419-amc | Marisa Ann Dantonio | 13 | 7/15/2024 | N / A | N / A |
| 24-12461-pmm | Tyler W. Angstadt and Ashley M. Angstadt | 13 | 7/17/2024 | N / A | N / A |
| 24-12489-amc | Catherine Carine and Anthony M Carine, Jr. | 13 | 7/19/2024 | N / A | N / A |
| 24-12502-amc | Paul Koroma | 13 | 7/19/2024 | N / A | N / A |
| 24-12605-pmm | Nikki Erica Johnson | 13 | 7/29/2024 | N / A | N / A |
| 24-12619-amc | Jason William Gilles | 13 | 7/30/2024 | N / A | N / A |
| 24-12635-pmm | Batio Toure | 13 | 7/31/2024 | N / A | N / A |
| 24-12700-amc | Stephanie M. Green-Petit | 13 | 8/2/2024 | N / A | N / A |
| 24-12736-amc | Steven Barratt | 13 | 8/6/2024 | N / A | N / A |
| 24-12750-pmm | Elizabeth A. Kane | 13 | 8/7/2024 | N / A | N / A |
| 24-12768-pmm | Joseph Rose, III | 13 | 8/8/2024 | N / A | N / A |
| 24-12776-pmm | Lisa M. Gattone | 13 | 8/8/2024 | N / A | N / A |
| 24-12790-pmm | Allison Marie Rankis | 13 | 8/9/2024 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 24-12969-amc | Corlisa M Richardson | 13 | 8/26/2024 | N / A | N / A |
| 24-12975-amc | Robin R Mack | 13 | 8/27/2024 | N / A | N / A |
| 24-12993-pmm | Robin Lunny | 13 | 8/28/2024 | N / A | N / A |
| 24-12999-pmm | Ronald Richard Letourneau | 13 | 8/28/2024 | N / A | N / A |
| 24-13006-amc | Ernest Sasso and Carol Ann Sasso | 13 | 8/28/2024 | N / A | N / A |
| 24-13014-amc | Danielle Frederici | 13 | 8/28/2024 | N / A | N / A |
| 24-13133-pmm | Ronald Gary Waltman | 13 | 9/5/2024 | N / A | N / A |
| 24-13142-amc | Louis L Thomas | 13 | 9/6/2024 | N / A | N / A |
| 24-13172-djb | Victoria Whitaker | 13 | 9/9/2024 | N / A | N / A |
| 24-13174-djb | Nasiybah Sayfullah | 13 | 9/9/2024 | N / A | N / A |
| 24-13179-pmm | Alwayne George Longmore and Kenisha Latoya Longmore | 13 | 9/9/2024 | N / A | N / A |
| 24-13180-djb | Michael Andrew Krause and Dianne Patricia Krause | 13 | 9/9/2024 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 24-13247-amc | Saeed Franklin and Don-Jill H Franklin | 13 | 9/13/2024 | N / A | N / A |
| 24-13342-pmm | Chad Edward Kubasti | 13 | 9/19/2024 | N / A | N / A |
| 24-13347-amc | Darlene M Kleinschmidt | 13 | 9/19/2024 | N / A | N / A |
| 24-13374-djb | Raysheema C Finney | 13 | 9/20/2024 | N / A | N / A |
| 24-13386-amc | Nickisher C. Lewis | 13 | 9/20/2024 | N / A | N / A |
| 24-13394-amc | Edmond R. Waters and Carolyn Waters | 13 | 9/22/2024 | N / A | N / A |
| 24-13421-pmm | James S Shiffer | 13 | 9/24/2024 | N / A | N / A |
| 24-13476-pmm | Irene Ruth Groves | 13 | 9/27/2024 | N / A | N / A |
| 24-13481-amc | Sylvia McKeown | 13 | 9/27/2024 | N / A | N / A |
| 24-13503-amc | Kia Hailey | 13 | 9/30/2024 | N / A | N / A |
| 24-13517-pmm | Elaine S. Miller | 13 | 9/30/2024 | N / A | N / A |
| 24-13530-djb | Thomas J Theurer, Jr. | 13 | 9/30/2024 | N / A | N / A |
| 24-13549-amc | Dina Nord | 13 | 10/1/2024 | N / A | N / A |
| 24-13595-amc | Penny L. Palo | 13 | 10/7/2024 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 24-13615-pmm | Elizabeth A Heimrich | 13 | 10/10/2024 | N / A | N / A |
| 24-13786-amc | Latanya Brown | 13 | 10/23/2024 | N / A | N / A |
| 24-13897-amc | Jenice D. Bartholomew and Carl J. Bartholomew | 13 | 10/30/2024 | N / A | N / A |
| 24-13911-amc | Brian Joseph Healy | 13 | 10/31/2024 | N / A | N / A |
| 24-13925-amc | Lynette M Fultz | 13 | 10/31/2024 | N / A | N / A |
| 24-13931-pmm | Scott A. Leach | 13 | 10/31/2024 | N / A | N / A |
| 24-13946-amc | Carlise I. Greene | 13 | 11/1/2024 | N / A | N / A |
| 24-13947-amc | Taisha L. Boyer | 13 | 11/1/2024 | N / A | N / A |
| 24-13959-pmm | Anna Marie Parkinson | 13 | 11/1/2024 | N / A | N / A |
| 24-13969-amc | Dondrea Ward | 13 | 11/4/2024 | N / A | N / A |
| 24-13980-djb | Jabe Hammond | 13 | 11/4/2024 | N / A | N / A |
| 24-13983-pmm | Ymelda Rodriguez | 13 | 11/5/2024 | N / A | N / A |
| 24-13988-djb | Timothy K. James | 13 | 11/5/2024 | N / A | N / A |
| 24-14000-pmm | Michael J. Shaffer and Jaime M. Shaffer | 13 | 11/7/2024 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 24-14001-pmm | Anderson D. Forrest, III | 13 | 11/7/2024 | N / A | N / A |
| 24-14026-pmm | Leland Bonelli | 13 | 11/8/2024 | N / A | N / A |
| 24-14058-amc | Noel Karasanyi | 13 | 11/12/2024 | N / A | N / A |
| 24-14070-djb | Robert M. Gonzalez and Amber M Gonzalez | 13 | 11/13/2024 | N / A | N / A |
| 24-14071-amc | John D. Press | 13 | 11/13/2024 | N / A | N / A |
| 24-14106-pmm | William J Hainsworth and Meredith B Hainsworth | 13 | 11/15/2024 | N / A | N / A |
| 24-14221-pmm | Christopher M. Pekula and Christine A. Pekula | 13 | 11/25/2024 | N / A | N / A |
| 24-14237-pmm | Lorelie Tud Au | 13 | 11/25/2024 | N / A | N / A |
| 24-14247-amc | Matthew Ferragame and Gina Ferragame | 13 | 11/26/2024 | N / A | N / A |
| 24-14276-djb | William L. Holmes | 13 | 11/27/2024 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 24-14286-pmm | William J Walsh and Julie A Walsh | 13 | 11/29/2024 | N / A | N / A |
| 24-14295-pmm | Gertha Toussaint Cadet | 13 | 12/2/2024 | N / A | N / A |
| 24-14346-djb | Christa A Loftus | 13 | 12/6/2024 | N / A | N / A |
| 24-14349-pmm | Jacquelyn Owens | 13 | 12/6/2024 | N / A | N / A |
| 24-14365-amc | Ollie W. Holmes | 13 | 12/6/2024 | N / A | N / A |
| 24-14415-amc | James D. Garvin | 13 | 12/11/2024 | N / A | N / A |
| 24-14425-pmm | Heidi Lei Schoenly | 13 | 12/11/2024 | N / A | N / A |
| 24-14440-djb | Charles M Wrecsics | 13 | 12/12/2024 | N / A | N / A |
| 24-14465-pmm | Mohammad S Sheikh | 13 | 12/13/2024 | N / A | N / A |
| 24-14490-amc | Vanessa R. Wright | 13 | 12/16/2024 | N / A | N / A |
| 24-14537-amc | Saji Choorakuzhiyil Sukumaran | 13 | 12/19/2024 | N / A | N / A |
| 24-14556-amc | Kevin Ferguson and Barbara E Ferguson | 13 | 12/20/2024 | N / A | N / A |
| 24-14615-pmm | Jhonatan Sanchez | 13 | 12/30/2024 | N / A | N / A |
| 24-14627-pmm | Lisa B. Koza | 13 | 12/31/2024 | N / A | N / A |
| 25-10028-amc | James E Gift, IV | 13 | 1/3/2025 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 25-10050-djb | Melvin Theodore Sharpe, Jr. | 13 | 1/7/2025 | N / A | N / A |
| 25-10158-djb | Frank Paul DiDio, III | 13 | 1/14/2025 | N / A | N / A |
| 25-10202-djb | Assitan Toure | 13 | 1/16/2025 | N / A | N / A |
| 25-10204-djb | Anthony G. Gifoli | 13 | 1/17/2025 | N / A | N / A |
| 25-10316-djb | Steven David Smith | 13 | 1/25/2025 | N / A | N / A |
| 25-10384-djb | Marissa Lyn Morganelli | 13 | 1/29/2025 | N / A | N / A |
| 25-10528-amc | Michael Joseph Borek | 13 | 2/7/2025 | N / A | N / A |
| 25-10586-djb | Gary Bauman, Jr. | 13 | 2/13/2025 | N / A | N / A |
| 25-10797-pmm | Sedef Gulsan and Galip Gulsan | 13 | 2/27/2025 | N / A | N / A |
| 25-10865-djb | Cheryl A. Leabourne | 13 | 3/3/2025 | N / A | N / A |
| 25-10871-pmm | Kenneth J. Bozzi, Jr. and Minda J. Bozzi | 13 | 3/4/2025 | N / A | N / A |
| 25-11002-pmm | Jennifer Anne Roberts | 13 | 3/13/2025 | N / A | N / A |
| 25-11016-pmm | Beth A Jenkinson | 13 | 3/14/2025 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 25-11022-pmm | John M. Shollenberger and Alysia Shollenberger | 13 | 3/17/2025 | N / A | N / A |
| 25-11104-pmm | Alisa M Diaddezio | 13 | 3/21/2025 | N / A | N / A |
| 25-11113-pmm | Tylar J Stauffer | 13 | 3/23/2025 | N / A | N / A |
| 25-11128-pmm | Humberto R. Palmer, Jr. | 13 | 3/24/2025 | N / A | N / A |
| 25-11129-djb | William C. Mays | 13 | 3/24/2025 | N / A | N / A |
| 25-11162-djb | Rosemary Van Adelsberg | 13 | 3/26/2025 | N / A | N / A |
| 25-11273-amc | Calvin D. White, Jr. | 13 | 3/31/2025 | N / A | N / A |
| 25-11274-djb | Nasiybah Sayfullah | 13 | 3/31/2025 | N / A | N / A |
| 23-13678-djb | John Wei | 11 | 12/4/2023 | N / A | 4/11/2025 |