B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania

In re  Derek Craig Gibbs                             ,              Case No.   2-23-BK-11013

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

LVNV Funding LLC                                    |  NAVY FEDERAL CREDIT UNION
Name of Transferee                                  |  Name of Transferor

Name and Address where notices to transferee       |  Court Claim # (if known): _____2_____
should be sent: LVNV Funding LLC                    |  Amount of Claim:      9,450.46
              PO Box 10587                          |  Date Claim Filed:      7/31/2023
              Greenville SC 29603

Phone:  (877) 264-5884                              |  Phone: _____
Last Four Digits of Acct #: _____7443_____          |  Last Four Digits of Acct. #: ____7443____

Name and Address where transferee payments
should be sent (if different from above):
              Resurgent Capital Services
              PO Box 10587
              Greenville, SC  29603
Phone:  (877) 264-5884
Last Four Digits of Acct #:_____7443_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Lore'l Thompson                             Date:  9/26/2025
     Transferee/Transferee's Agent
     (877) 264-5884

     AskBk@Resurgent.com

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.