UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

     DEREK CRAIG GIBBS JR

          Debtor

Chapter 13

Bankruptcy No. 23-11013-DJB

## TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.     Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.     The within case was commenced by the filing of a Chapter 13 petition on 04/06/2023.

3.     This Motion to Dismiss has been filed for the following reason(s):

- There has been a material default by debtor(s) with respect to a term of a confirmed plan pursuant to 11 U.S.C. Section 1307 (c )(6).

     WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee,  requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 06/01/2026

                        Respectfully submitted,

                        */s/ Kenneth E. West, Esq.*
                        Kenneth E. West, Esq.
                        Standing Chapter 13 Trusteee
                        190 N. Independence Mall West
                        Suite 701
                        Philadelphia, PA  19106
                        Telephone: (215) 627-1377